Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J Sports Productions, Inc., <br><br> Plaintiff, <br><br> vs. <br><br> Tedros Kiflit, et al., <br><br> Defendants. | CASE NO. CV 09-2533 JSW <br><br> **STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANT TEDROS KIFLIT, individually and d/b/a ARSIMONA** |

**IT IS HEREBY STIPULATED** by and between Plaintiff J & J SPORTS PRODUCTIONS, INC. and Defendants TEDROS KIFLIT, individually and d/b/a ARSIMONA, that the above-entitled action is hereby dismissed **with prejudice** against TEDROS KIFLIT, individually and d/b/a ARSIMONA.

///
///
///
///
///
///
///

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party referenced-above shall bear its own attorneys' fees and costs.

Dated: March 29, 2010

LAW OFFICES OF THOMAS P. RILEY, P.C.
By: Thomas P. Riley
Attorneys for Plaintiff
J & J SPORTS PRODUCTIONS, INC.

Dated:

LAW OFFICE OF WILLIAM JEMMOTT
By: William Jemmott
Attorneys for Defendant TEDROS KIFLIT, individually and d/b/a ARSIMONA

IT IS SO ORDERED:

_____
The Honorable Jeffrey S. White
United States District Court
Northern District of California

Dated: April 19, 2010

STIPULATION OF DISMISSAL
CV 09-2533 JSW
PAGE 2